# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | |
|---|---|
| Case No.  CR 10-1047 VBF | Date  November 9, 2010 |

Present: The Honorable  **VALERIE BAKER FAIRBANK**, United States District Court Judge

| Joseph Remigio | Nicole Rhynard | Amanda Bettinelli |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| RICARDO OLIVA MENDOZA | ■ | ☐ | Christoopher Dybwad | ☐ | ■ | ☐ | None |

**PROCEEDINGS:**   **SENTENCING AND JUDGMENT HEARING**   ☐ Contested   ■ Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.

___ Imprisonment for ___Years/months___ on each of counts _____

___ Count(s) _____ concurrent/consecutive to count(s) _____

___ Fine of $_____ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

___ years/months Supervised Release/Probation imposed on count(s) _____ consecutive/concurrent to count(s) _____ under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

   ___ Perform _____ hours of community service.
   ___ Serve _____ in a CCC/CTC.
   ___ Pay $_____ fine amounts & times determined by P/O.
   ___ Make $_____ restitution in amounts & times determined by P/O.
   ___ Participate in a program for treatment of narcotic/alcohol addiction.
   ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ___ Other conditions: _____

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

___ Pay $_____ per count, special assessment to the United States for a total of $_____

___ Imprisonment for ___months/years___ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within ___days/months___ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

**X** Defendant informed of right to appeal.

___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.

___ Bond exonerated _____ upon surrender _____ upon service of _____

___ Execution of sentence is stayed until 12 noon, _____, at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release   #_____

___ Present bond to continue as bond on appeal.   ___ Appeal bond set at  $_____

**X** Filed and distributed judgment. ENTERED.

**X** Other  The Court makes a strong recommendation to the Bureau of Prisons to consider placement of defendant in a Southern California Facility to be close to his family.

cc: USM, BOP, USPO

Deputy Clerk's Initials : 47 min

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

cc:  USM, BOP, USPO

Deputy Clerk's Initials
:    47 min